51,038-05

Julio Perez #852734
3899 S.H. 98
New Boston, Tx 75520

July 8, 2015

RE: FOLLOW-UP
INQUIRY
780292-C

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 0 1 20

Abel Acosta, Clerk

Dear Mr. Acosta,

   Not trying to pester you but I'd appreciate an acknowledgement regarding my inquiry in the instant matter because in previous application I didn't even know the application had been dismissed as non-compliant. In any event, has the instant application been ruled on? I'd appreciate some enlightenment in order to proceed with next step.

   I thank you for your time in the instant matter.

Sincerely,
Julio Perez

cc: JP